

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| Aracely Gomez, | § | No. 08-17-00236-CV |
| Appellant, | | |
| v. | § | Appeal from the |
| | | |
| Wingfoot Enterprises, Inc. d/b/a | § | County Court at Law No. 6 |
| Allegiance Staffing and David Avalos, | | |
| | § | of El Paso County, Texas |
| | | |
| Appellees. | § | (TC# 2013-DCV3850) |
| | | |
| | § | |

## **O R D E R**

Pending before the Court is Appellant's unopposed first motion for extension of time to file modified order. The motion is GRANTED. Therefore, the modified order shall be filed with the trial court no later than November 13, 2018, and a supplemental clerk's record containing the modified order shall be filed in this Court no later than ten days after the modified order is filed with the trial court clerk.

IT IS SO ORDERED this 13th day of September, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.